# Exhibit 3

# Equal Employment Specialist (Leader) Certificate of Eligibles

# Certificate of Eligibles

Equal Employment Specialist (Leader)
GS-0260-14
OASCR-EAD-10891156-20-TT

## Criteria

| | |
|---|---|
| Location | Washington, DC |
| Pay Plan | GS |
| Series | 0260 |
| Grade | 14 |
| Specialties | N/A |

## Certificate Details

| | |
|---|---|
| Certificate Number | 20201021-CBNM-004 |
| Certificate Type | Competitive Merit Promotion |
| Issued Date | 10/21/2020 |
| Issued By | Teresa Thompson |
| Priority Order | None |
| Rank By | Rating (exclude Veteran Points) |
| Refer Method | All |

## Applicant List

| Agency Action | Applicant Name / Applicant Email | Final Rating | Eligible Series / Eligibility Labels |
|---|---|---|---|
| Not Selected | Austin, Taya A | 95 | Federal Comp |
| Not Selected | Bennett, Darvin Glenn | 97 | VEOA/30% or More DIV |
| Not Selected | Chase, Rhonda D | 96 | Federal Comp |
| Not Selected | Davis, Deborah | 93 | Federal Comp |
| Not Selected | Edwards, Curtis | 99 | Federal Comp |
| Not Selected | GANT, ELVIN JAMES | 100 | VEOA/Federal Comp |
| Not Selected | HARPER, Sheila Francine | 95 | Federal Comp |
| Not Selected | Hawkins, Michele Mae | 94 | Schedule A |
| Not Selected | Hopkins, Catherine Megan | 92 | Schedule A |

Exhibit 10
Page 1 of 2

00755

# Certificate of Eligibles

Equal Employment Specialist (Leader)
GS-0260-14
OASCR-EAD-10891156-20-TT

## Applicant List

| Agency Action | Applicant Name / Applicant Email | Final Rating | Eligible Series / Eligibility Labels |
|---|---|---|---|
| Not Selected | Quarles, Tina | 98 | Federal Comp |
| Not Selected | Rice-Hicks, Sharon Renee | 98 | Federal Comp/Schedule A |
| Not Selected | Saddler, Louis James | 90 | Federal Comp |
| Not Selected | Sapp, Donald Eric | 97 | VEOA |
| Not Selected | Schwartz, Morris Jay | 96 | VEOA/30% or More DIV/ Schedule A |
| Not Selected | Spinner, Tanisha | 100 | Federal Comp/Schedule A |
| Selected | Strickland, Kimberly | 100 | Federal Comp/Schedule A |

Selecting Official Signature _____   Date _____

Selecting Official Organization _____

Selecting Official Telephone Number _____

Appointing Official Signature _____   Date _____

Exhibit 10
Page 2 of 2